# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:11-cr-00022-RLV -WEJ
## USA v. Votrobek et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Open Court on 7/6/11.

TIME COURT COMMENCED: 2:35 P.M.
TIME COURT CONCLUDED: 3:30 P.M.   TAPE NUMBER: FTR
TIME IN COURT: 00:55   DEPUTY CLERK: Kari Butler
OFFICE LOCATION: Rome

| | |
|---|---|
| DEFENDANT(S): | [1]Jason Votrobek Present at proceedings<br>[2]Jesse Violante Present at proceedings |
| ATTORNEY(S) PRESENT: | Gary Hulsey representing USA<br>** Colette Steel representing Jason Votrobek<br>** Steve Berne representing Jesse Violante |
| PROCEEDING CATEGORY: | Detention Hearing; |
| MOTIONS RULED ON: | DFT#1-[21]Motion for Detention DENIED<br>DFT#2-[23]Motion for Detention DENIED |
| MINUTE TEXT: | Detention hearing held. Defendant Votrobek witness sworn & testified: Cheryl K. Votrobek and Geary Steven Adams. Court denies the government motion for detention as to Jason Votrobek & Jesse Violante. Bond set in the amount of $50,000 unsecured. Bonds executed. Defendants released. |
| HEARING STATUS: | Hearing Concluded |