UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

      v.

JASON VOTROBEK, JESSE
VIOLANTE, ROLAND CASTELLANOS,
TARA ATKINS, and DR. JAMES
CHAPMAN,

      Defendants.

CRIMINAL ACTION
NO. 4:11-CR-022-RLV-1-5

## O R D E R

After carefully considering the reports and recommendations of the magistrate judge dated May 8, 2012 [Doc. No. 111], June 12, 2012 [Doc. No. 123], and June 25, 2012 [Doc. No. 127], the court receives them with approval and adopts these reports and recommendations as the opinions and orders of this court. An order dealing with the other pending motions will be issued via a separate order.

SO ORDERED, this 23rd day of January, 2013.

ROBERT L. VINING, JR.
Senior United States District Judge