AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## NORTHERN    DISTRICT OF    GEORGIA

UNITED STATES OF AMERICA
V.
DR. JAMES CHAPMAN

**EXHIBIT AND WITNESS LIST**

Case Number:  4:11-CR-22-05-HLM

| PRESIDING JUDGE HON. HAROLD L. MURPHY | | | | | PLAINTIFF'S ATTORNEY C. SCHANSMAN/L. BOATRIGHT | DEFENDANT'S ATTORNEY FRANKLIN J. HOGUE |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 09/14/15 | | | | | COURT REPORTER ALICIA BAGLEY | COURTROOM DEPUTY SAMUEL M. JOHNSTON |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 9/15/2015 | | | JAMES BARRY HENDERSON | |
| 2 | | 9/15/2015 | | | PHILLIP HOWELL | |
| 3 | | 9/15/2015 | | | SAMANTHA SCOTT | |
| 4 | | 9/15/2015 | | | KENNETH EUGENE HOWARD | |
| 5 | | 9/16/2015 | | | JAMES STEPHEN WILLS | |
| 6 | | 9/16/2015 | | | DENNIS TROUGHTON | |
| 7 | | 9/16/2015 | | | RITCHIE CARROZA | |
| 8 | | 9/16/2015 | | | DR. ELLIS IFEANYI EFOBI | |
| 9 | | 9/17/2015 | | | JOSHUA WARD | |
| 10 | | 9/17/2015 | | | KYLE WRIGHT | |
| 11 | | 9/17/2015 | | | TRAVIS HENRY | |
| 12 | | 9/17/2015 | | | KEVIN ELLIS | |
| 13 | | 9/17/2015 | | | TARA ATKINS | |
| 14 | | 9/18/2015 | | | BENJAMIN ASHCRAFT | |
| 15 | | 9/18/2015 | | | SHELIA SHROPSIRE | |
| 16 | | 9/21/2015 | | | THEODOR PARRAN, MD. | |
| 17 | | 9/22/2015 | | | JESSE VIOLANTE | |
| 18 | | 9/22/2015 | | | MITCHELL CARROLL | |
| 19 | | 9/22/2015 | | | BENJAMIN STANLEY | |
| 20 | | 9/22/2015 | | | SCOTT HARRIS | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## NORTHERN    DISTRICT OF    GEORGIA

UNITED STATES OF AMERICA
V.
DR. JAMES CHAPMAN

## EXHIBIT AND WITNESS LIST

Case Number:  4:11-CR-22-05-HLM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HON. HAROLD L. MURPHY | C. SCHANSMAN/L. BOATRIGHT | FRANKLIN J. HOGUE |
| TRIAL DATE (S)  09/14/15 | COURT REPORTER  ALICIA BAGLEY | COURTROOM DEPUTY  SAMUEL M. JOHNSTON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/2015 | | | Dr. James Chapman |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.