# EXHIBIT LIST

<u>US v. Dr. James Chapman</u>

Docket Number: 4:11-CR-22-HLM

Judge: Harold L. Murphy

Trial Date: September 14, 2015

Plaintiff Attorney(s): Cassandra J. Schansman, AUSA
Laurel R. Boatright, AUSA

Defendant Attorney(s): Franklin J. Hogue
Laura D. Hogue

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| 01 A-E | A 9/15/15<br>B 9/15/15<br>C 9/15/15<br>D 9/15/15<br>E 9/15/15 | Stipulation | A. Target Telephone 1 disc<br>B. Target Telephone 2 disc<br>C. Target Telephone 3 disc<br>D. Target Telephone 4 disc<br>E. Selected Calls disc |
| 02 | 09/15/15 | Stipulation | Transcripts Notebook |
| 03 | 09/15/15 | Stipulation | Business Records Disc:<br>1. Bank of America<br>2. Suntrust<br>3. Wells Fargo/Wachovia/First Union<br>4. AT&T<br>5. Federal Express<br>6. American Express<br>7. Internal Revenue Service |
| 03 A | 09/15/15 | Stipulation (from 3) | Fed-Ex record re: April 8, 2011 |
| 04 | | certified copy/ GA med. board witness | GA Medical Board Order – suspended |
| 05 A-G | A 09/16/15<br>B 09/16/15<br>C 09/16/15<br>D 09/16/15<br>E 9/16/15 | Efobi Stipulation (from 3 & 28) | A. AMG offer of employment<br>B. 4-24-10 Efobi Resignation Letter<br>C. 4-26-10 Efobi/AMG re: options<br>D. 4-27-10 Efobi/AMG re: $ Return<br>E. $ 42,000.00 deposit |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
|  | F 9/16/15<br>G 9/16/15 |  | F. AMG bank stmt showing deposit<br>G. Efobi CV |
| 06 | 09/15/15 |  | Stipulation |
| 07 | 09/21/15 | Dr. Parran | GA Medical Standards |
| 08 |  | Dennis Troughton | On-Site Dispensing Standards |
| 09 A-D | A 9/15/15<br>B 9/15/15<br>C 9/15/15<br>D 9/15/15 | Ken Howard | A. 1-24-11 Surveillance<br>B. 1-26-11 Surveillance<br>C. 3-15-11 Surveillance<br>D. 3-15-11 Surveillance |
| 10 | 09/15/15 | Stipulation (from 28) Tara Atkins | *N-125: SW AMG 06/07/11*<br>Chapman Practitioner Contract |
| 11 |  | patients | Letter re: no prosecution |
| 12 A-L | A 09/17/15<br>B 09/17/15<br>C 09/17/15<br>D 09/17/15<br>E 09/17/15<br>F 09/17/15<br>G 09/17/15<br>H-reserved<br>I 09/17/15<br>J 09/17/15<br>K 09/17/15<br>L 09/17/15 | Kyle Wright | A. GA 2010 (3 pg)<br>B. GA 2011 (3 pg)<br>C. Ntl 2010 (4 pg)<br>D. Ntl 2011 (3 pg)<br>E. Zip 2010 (1 pg)<br>F. Zip 2011 (1 pg)<br>G. Chapman Registration (1 pg)<br>H. RESERVED<br>I. Transaction Purchase History (5pg)<br>J. 2010 Oxycodone Purchases (1 pg)<br>K. 2011 Oxycodone Purchases (1 pg)<br>L. History for DEA #AC9207110 (5pg) |
| 13 | 09/15/15 | Stipulation Ken Howard | disc with pole camera video clips<br>13b.1 = 8/31/10 @ 7:51:00 – 7:51:37<br>13b.2 = 10/12/10 @ 7:51:28 – 7:52:11<br>13b.3 = 1/3/11 @ 7:54:36 – 7:55:17<br>13a.1 = 3/8/11 @ 7:52:00 – 8:05:59<br>13a.2 = 3/8/11 @ 8:46:00 – 8:47:59 |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| | | | 13a.3 = 3/8/11 @ 9:34:00 – 9:35:59<br>13a.4 = 3/8/11 @ 12:03:00 – 12:03:59<br>13a.5 = 3/8/11 @ 12:17:00 – 12:18:59<br>13a.6 = 3/8/11 @ 12:28:00 – 12:29:59<br>13a.7 = 3/8/11 @ 12:38:00 – 12:39:59<br>13a.8 = 3/8/11 @ 18:58:00 – 19:00:59<br>13.1 = 3/15/11 @ 7:59:11a – 8:10:00a<br>13.2 = 3/15/11 @ 7:10:10p – 7:11:11p<br>13.3 = 3/15/11 @ 7:14:40p – 7:17:10p<br>13.4 = 3/17/11 @ 5:18:00p – 5:19:23p<br>13.5 = 3/17/11 @ 5:23:50p – 5:30:40p<br>13.6 = 3/18/11 @ 8:02:00a – 8:03:32a<br>13.7 = 3/18/11 @ 1:14:30p – 1:15:15p<br>13.8 = 3/18/11 @ 1:54:25p – 1:59:30p<br>13.9 = 3/18/11 @ 2:38:30p – 2:19:55p<br>13.10=3/18/11 @ 2:38:06p – 2:49:33p<br>13.11=3/18/11 @ 3:05:49p – 3:07:13p<br>13.12=3/21/11 @ 2:30:00p – 2:32:30p<br>13.13=3/21/11 @ 2:36:50p – 2:37:25p<br>13.14=3/22/11 @ 8:05:34a – 8:11:00a<br>13.15=3/22/11 @ 2:33:45p – 2:35:50p<br>13a.9 = 4/11/11 @ 9:12:00 – 9:20:59<br>13a.10 = 4/11/11 @ 10:09:00 – 10:12:59  13a.11 = 4/11/11 @ 11:26:00 – 11:30:59  13a.12 = 4/11/11 @ 12:27:00 – 13:56:59  13a.13 = 4/11/11 @ 15:07:00 – 15:08:59  13a.14 = 4/11/11 @ 15:15:00 – 15:18:59  13a.15 = 4/11/11 @ 17:01:00 – 17:03:59  13a.16 = 4/11/11 @ 18:05:00 – 18:07:59  13b.4 = 4/12/11 @ 8:03:04 – 8:03:40   13.16=5/25/11 @ 1:57:30p – 1:59:00p |
| 14 A-C | A 9/15/15 STIP<br>B 9/15/15 STIP<br>C 9/15/15 STIP | Stipulation<br>Ken Howard | photo stills from pole camera video<br>  A. March 15, 2011 at 2:00 p.m.<br>  B. March 15, 2011 at 2:30 p.m.<br>  C. March 22, 2011 at 2:32 p.m. |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| 15 A-N | A 9/15/15<br>B 9/15/15<br>C 9/15/15<br>D 9/15/15<br>E 9/15/15<br>F 9/15/15<br>G 9/15/15<br>H 9/15/15<br>I 9/15/15<br>J 9/15/15<br>K 9/15/15<br>L 9/15/15<br>M 9/15/15<br>N 9/15/15 | Ken Howard | Photos: traffic stop 09-30-10 |
| 16 | | | RESERVED |
| 17 | 9/15/15 | Ken Howard | video: surveillance of Chapman on 12/2/10 |
| 18 | | | RESERVED |
| 19 | | | RESERVED |
| 20 A-C | A<br>B<br>C 9/15/15 | Stipulation<br>Ken Howard | A. N-170 Votrobek I-phone<br>B. N-171 Violante I-phone<br>C. Selected texts N-170 and N-171 |
| 21 | 9/15/15 | Stipulation (from 25) | Patient Files Disc – 04-11-11 patients (21 files) |
| 21 A | 9/15/15 | Stipulation (from 25) | Prescriptions from 04-11-11 |
| 22 | 09/15/15 | Stipulation | video: search warrant |
| 22 A | 09/15/15 | Stipulation | photo still from sw video (ex. 22) |
| 23 A | 09/15/15 | Stipulation | N-125: SW AMG 06/07/11<br>A. Pharmacies List |
| 24 A-E | A 9/15/15<br>B 9/15/15<br>C 9/15/15<br>D 9/15/15 | Stipulation | N-120: SW AMG 06/07/11<br>A. newspaper re: pill mill<br>B. newspaper re: pill mill<br>C. note part 1 – Chapman call CVS re: why won't fill |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
|  | E 9/15/15 |  | D. note part 2 – same<br>E. note part 3 – same |
| 25 | 09/15/15 | Stipulation | Patient Files Disc (all patient files) |
| 25 A-S | A 09/15/15<br>B 09/15/15<br>C 09/15/15<br>D 09/15/15<br>E 09/15/15<br>F 09/15/15<br>G 09/15/15<br>H 09/15/15<br>I 09/15/15<br>J 09/15/15<br>K 09/15/15<br>L 09/15/15<br>M 09/15/15<br>N 09/15/15<br>O 09/15/15<br>P 09/15/15<br>Q 09/15/15<br>R 09/15/15<br>S 09/15/15 | Stipulation (from 25) | A. David Ward patient file<br>B. Joshua Ward patient file *(not reviewed by Parran)*<br>C. Sheila Shropshire patient file<br>D. Samantha Scott patient file<br>E. Kevin Ellis patient file<br>F. Travis Henry patient file *(not reviewed by Parran)*<br>G. Bennie Stanley patient file *(04/11 pgs: 1727, 1728, 1729)*<br>H. Ben Ashcraft patient file *(04/11 pgs: all – only 1 visit)*<br>I. Mitchell Carrol patient file *(04/11 pgs: 447, 448, 449, 450)*<br>J. 04/11/11 pgs: Darla Underwood<br>K. 04/11/11 pgs: Charles Clark<br>L. 04/11/11 pgs: Karen Mobley<br>M. 04/11/11 pgs: Tonya Kinsler<br>N. 04/11/11 pgs: Todd Fryman<br>O. 04/11/11 pgs: Angela Clifton<br>P. 04/11/11 pgs: Ryan Hamilton<br>Q. Lauren Webb 05/17/10 record<br>R. Riley Blair record (111_0001691)<br>S. Freddy Marino patient file *(04/11 pgs: 160, 161, 162, 163)* |
| 26 A-D | A 09/15/15<br>B 09/15/15<br>C 09/15/15<br>D 09/15/15 | Stipulation | computers |
| 27 A-TT | A9/15/15 A-TT    X<br>B    Y<br>C    Z | Stipulation Ken Howard | photos: search warrant |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| | D    AA | | |
| | E    BB | | |
| | F    CC | | |
| | G    DD | | |
| | H    EE | | |
| | I    FF | | |
| | J    GG | | |
| | K    HH | | |
| | L    II | | |
| | M    JJ | | |
| | N    KK | | |
| | O    LL | | |
| | P    MM | | |
| | Q    NN | | |
| | R    OO | | |
| | S    PP | | |
| | T    QQ | | |
| | U    RR | | |
| | V    SS | | |
| | W    TT | | |
| 28 | 9/15/15 | Stipulation | disc: files seized from AMG |
| 28 A-M | A 09/15/1. | Stipulation (from 28)<br><br>Jesse Violante (28-G) | A. Florida patient list<br>B. listing of MRI providers<br>C. referral to Greater Georgia Imaging re: Christopher Stockton<br>D. directions to GGI from FL, SC, Ohio<br>E. driving directions to FHS pharmacy<br>F. list of pharmacies that have complained<br>G. email re: Nortick resistance/Chapman calls from pharmacies<br>H. fax to Chambers/notes re: pharmacy disputes<br>I. note re: "this month's winner" |

| Ex. No. | ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|
| | | | J. 03-16-11 letter/subpoena to Chapman from GCMB<br>K. 04-11-11 record re: intake<br>L. 04-11-11 AMG daily prescription log report<br>M. list re: conditions for proceeding with treatment/conditions not treated |
| 5 | B 09/15/15 | | |
| | C 09/15/15 | | |
| | D 09/15/15 | | |
| | E 09/15/15 | | |
| | F 09/15/15 | | |
| | G 09/15/15 | | |
| | H 09/15/15 | | |
| | I 09/15/15 | | |
| | J 09/15/15 | | |
| | K 09/15/15 | | |
| | L 09/15/15 | | |
| | M 09/15/15 | | |
| 29 A-J | A 9/15/15<br>B 9/15/15<br>C 9/15/15 | Stipulation (from 28) | A. Bryant Pharmaceutical docs<br>B. Harvard Pharmaceutical docs<br>C. NuCare Pharmaceutical docs |

| EX. NO. | ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|
|  | D 9/15/15<br>E 9/15/15<br>F 9/15/15<br>G 9/15/15<br>H 9/15/15<br>I 9/15/15<br>J 9/15/15 |  | D. Paragon Pharmaceutical docs<br>E. Sunrise Pharmaceutical docs<br>F. R&S Northeast Pharm. docs<br>G. Top RX Pharmaceutical docs<br>H. Henry Schein Pharmaceutical docs<br>I. Wraser Pharmaceutical docs<br>J. Quantum Pharmaceutical docs |
| 30 A-O | A 9/15/15<br>B<br>C 9/15/15<br>D 9/15/15<br>E 9/15/15<br>F<br>G 9/15/15<br>H 9/15/15<br>I 9/15/15<br>J 9/15/15<br>K 9/15/15<br>L 9/15/15<br>M 9/15/15<br>N 9/15/15<br>O 9/15/15 | Stipulation (from 28) R.Carrozza | A. Price per Tablet list<br>B. RESERVED<br>C. Price List: Oxy 15/30<br>D. Rich's cheat sheet<br>E. 10/21/10 email Shay to Tara re: meds<br>F. RESERVED<br>G. 06-06-11 accounting<br>H. 06-06-11 Daily Prescription Log<br>I. Receipt: 06-06-11 E. Mitchell $840<br>J. Receipt: 06-06-11 R. Sexton $627<br>K. Receipt: 06-06-11 J. Salas $697<br>L. Receipt: 06-06-11 A. Greene $712<br>M. Receipt: 06-06-11 L. Johnson $686<br>N. Receipt: 06-06-11 R. Csorta $663<br>O. Receipt: 06-06-11 M. Norris $21 |
| 31 | 09/15/15 | Stipulation | audio: Chapman Interview 06/07/11 |
| 32 |  |  | RESERVED |
| 33 A-Y | A 9/22/15<br>B 9/22/15<br>C 9/22/15<br>D 9/22/15<br>E 9/22/15<br>F 9/22/15<br>G | Scott Harris (Domex) | A. Summary of 4/11/11 pts<br>B. AMG scripts by drug schedule<br>C. Chapman– top 10 days # pts seen<br>D. Comparison patient visits<br>E. Chapman controlled substance scripts<br>F. Chapman – top 10 prescribing date<br>G. Pharmacy orders for Oxy 30mg<br>H. Summary of patients by state |

8

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| | H 9/22/15 | | I. AMG – top 15 drugs prescribed |
| | I 9/22/15 | | J. Top 5 drugs prescribed at AMG by doctor |
| | J 9/22/15 | | K. AMG – top 10 pts prescribed oxy |
| | K 9/22/15 | | L. AMG – monthly totals from pt fees |
| | L | | M. AMG – summary of pt visit fees |
| | M | | N. Top 10 grossing days based on fees |
| | N | | O. Supplier Info & hypothetical profits from in-house dispensing |
| | O 9/22/15 | | P. Hypothetical gross earnings from fees & in-house dispensing |
| | P 9/22/15 | | Q. Chapman prescribing activity – excluding 20 illegible |
| | Q 9/22/15 | | R. Chapman – top 10 Sched II scripts |
| | R 9/22/15 | | S. AMG Sched II prescribing – excluding Chapman |
| | S 9/22/15 | | T. Chapman prescribing activity – excluding 4 illegible |
| | T 9/22/15 | | U. Chapman prescribing activity – excluding 17 illegible |
| | U | | V. Summary of AMG scripts that were illegible |
| | V | | W. AMG prescribing practices – cocktails |
| | W 9/22/15 | | X. Summary of pills prescribed 4/11 |
| | X | | Y. Summary of controlled/non-controlled |
| | Y | | |
| 34 | | | RESERVED |
| 35 | 09/15/15 | Stipulation (from 25) Dr. Parran | Patient Files Disc (103 files reviewed) |
| 36 | | | RESERVED |
| 37 | 09/15/15 | Stipulation | Lloyd Williamson ledger/file |
| 38 | 9/15/15 | Ritchie | photo: fire drill chart |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| | | Carrozza<br>Ken Howard | |
| 39 | | | RESERVED |
| 40 | | Jesse Violante | Violante Plea Agreement |
| 41 | | Tara Atkins | A. Atkins Plea Agreement<br>B. Atkins Information |
| 42 | | Shelia Shropshire | A. Indictment (EDTN)<br>B. Plea Agreement (EDTN)<br>C. J&C (EDTN) |
| 43 | | | RESERVED |
| 44 | | | RESERVED |
| 45 A-I | A 9/15/15<br>B 9/15/15<br>C 9/15/15<br>D 9/15/15<br>E 9/15/15<br>F 9/15/15<br>G 9/15/15<br>H 9/15/15<br>I 9/15/15 | Stipulation (from 25/28) | A. 10-18-10 Discharge: Jack Rains<br>B. 10-11-10 Nurse Notes: Jack Rains<br>C. 05-16-11 Nurse Notes: G.Mondelli<br>D. 04-07-11 Nurse Notes: B. Webb<br>E. 03-04-11 Discharge: J. Cook<br>F. 01-06-11 NurseNotes:C.Nankervis<br>G. 02-15-11 Nurse Notes: T. Peregoy<br>H. 01-03-11 Nurse Notes: N. Price<br>I. 12-20-10 Discharge: B. Lewis |
| 46 A-K | A 9/15/15<br>B 9/15/15<br>C 9/15/15<br>D 9/15/15<br>E 9/15/15<br>F 9/15/15<br>G 9/15/15<br>H 9/15/15<br>I 9/15/15<br>J 9/15/15<br>K 9/15/15 | Stipulation (from 25/28) | Discharge Pages<br>A. Jack Rains<br>B. Zola Higgins<br>C. Edgar Troutt<br>D. Joshua Hatfield<br>E. Rodney Justice<br>F. Sandra Kidwell<br>G. Andrew Granoff<br>H. Kendle Gamble<br>I. Teddy Huckaby<br>J. Dillard Welch<br>K. Jason Burgess |
| 47 - 67 | | | RESERVED |
| 68 A-N | A 9/15/15<br>B 9/15/15 | Stipulation | Drugs (14 bags) (Not Present in the |

| Ex. No. | Admitted | Witness | Description |
|---|---|---|---|
| | C 9/15/15 | | Courtroom nor did they go out with the Jury). |
| | D 9/15/15 | | |
| | E 9/15/15 | | |
| | F 9/15/15 | | |
| | G 9/15/15 | | |
| | H 9/15/15 | | |
| | I 9/15/15 | | |
| | J 9/15/15 | | |
| | K 9/15/15 | | |
| | L 9/15/15 | | |
| | M 9/15/15 | | |
| | N 9/15/15 | | |